# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:08CR81 |
|---|---|---|
| | ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| | ) | |
| | ) | |
| DONALD EUGENE BORGO | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the Bill of Indictment without prejudice.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment herein is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to transmit this Order electronically to defense counsel, the U.S. Attorney, the U.S. Probation Office and the U.S. Marshal's Service.

Signed: November 12, 2008

Lacy H. Thornburg
United States District Judge